# In the United States District Court for the Southern District of Georgia
## Savannah Division

ANGELLA COHEN,

    Plaintiff,

v.

SERGEANT WEST,

    Defendant.

CV 4:25-173

### ORDER

Plaintiff initiated this action on July 25, 2025 against Sergeant William West, Investigator John Morris, and Effingham County Sheriff's Office. Dkt. No. 1. On August 27, 2025, Effingham County Sheriff's Office moved to dismiss the complaint. Dkt. No. 7. Thereafter, on September 19, 2025, Plaintiff amended her complaint. Dkt. No. 8. In the amended complaint, Plaintiff asserts claims only against Sergeant West. See id. Because Plaintiff appears to have abandoned her claims against Investigator Morris and Effingham County Sheriff's Office, the Sheriff's Office's motion to dismiss, dkt. no. 7, is **DENIED as moot**.

SO ORDERED, this 25 day of September, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA